AO 91 (Rev 11/11) Criminal Complaint (approved by AUSA A Reinitz)   19-042

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DENNIS BARNETTE | ) | Case No. 19- 634-M |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 12, 2019 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Faith Greenawalt, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/12/19

*Judge's signature*

City and state: Philadelphia, PA      Honorable Elizabeth T. Hey, U S Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND WARRANT

I, Faith E. Greenawalt, being duly sworn under oath and deposed, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Philadelphia, Pennsylvania Division, and have been so since July 2013. I am currently assigned to the Violent Crimes Task Force ("VCTF") which investigates violations of Federal law, to include robberies of banks, robberies of businesses that affect interstate commerce (also known as Hobbs Act robberies), kidnappings, and fugitives. Previously, I was assigned to the Counterintelligence squad where I investigated Counter Proliferation, among other violations.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging DENNIS BARNETTE, date of birth in October 1983, with a violation of Title 18, United States Code, Section 2113(a) (attempted bank robbery).

3. On Friday, April 12, 2019, at approximately 10:54 a.m., DENNIS BARNETTE (hereinafter, "BARNETTE") attempted to rob the CITIZENS BANK, located at 1201 Spring Garden Street, Philadelphia, Pennsylvania. BARNETTE walked up to the bank entrance and opened and held the front door of the bank in a disruptive manner. BARNETTE then entered the bank branch and immediately started yelling, "I want my money!" BARNETTE then ran toward the teller door, jumped over the teller door that was locked, and landed behind the teller line. BARNETTE then ran toward a victim teller, D.W., who immediately began to climb up the teller counter to get away from BARNETTE. BARNETTE reached D.W., grabbed D.W. around the waist with both hands, leaving her arms free, and held her against the teller counter. BARNETTE repeatedly yelled, "Give me money," while he restrained D.W. At this time, a customer and a bank employee grabbed ahold of D.W.'s arms and attempted to pull D.W. over the teller counter into the customer area.

A-1

4. Another customer and bank employee then jumped over the teller counter into the teller line and ran toward BARNETTE and D.W. While the customer and bank employee restrained BARNETTE, D.W. was able to free herself and climb over the teller counter with the help of another customer and a bank employee pulling her arms. BARNETTE continued to be restrained while the police were called.

5. BARNETTE, who was unknown to all bank employees, was described as a black male, late 30s in age, approximately 5'6" to 5'7" in height, medium build, dark brown beard, low cut hair, wearing a green, cargo-like spring jacket.

6. Responding Philadelphia Police Department ("PPD") Officer Charles Hettinger, Badge #5732, obtained a physical description of the bank robber from police radio, identifying the robber as a black male that was being held down by employees of Citizens Bank. Upon arrival at the bank, Officer Hettinger observed bank employees behind the teller counter and observed the robber on the ground struggling with the employee. Officer Hettinger then placed BARNETTE in custody. BARNETTE identified himself to PPD Officers as "Dennis Barnette". BARNETTE also identified himself to your affiant. BARNETTE's identity was later confirmed as described below.

7. After the robbery, additional PPD Officers and members of the Philadelphia Division Violent Crimes Task Force responded to the crime scene for processing. Once on scene, D.W. and multiple witnesses were interviewed, and the video surveillance footage was obtained.

8. BARNETTE was then transported by PPD officers to Hanhemann Hospital where he refused treatment. BARNETTE was then transported to the Philadelphia Division of the

Federal Bureau of Investigation, 600 Arch Street, 8th Floor, Philadelphia, Pennsylvania, for further investigation.

9. Upon arrival, BARNETTE was advised of his *Miranda* warnings, via an FBI FD-395, Advice of Rights form, at which time BARNETTE refused to sign and requested counsel. The interview was terminated at that time.

10. Investigators conducted database checks for BARNETTE, to include a criminal history, prior arrests, and a driver's license check.

11. Investigators then compared the driver's license photograph of BARNETTE with that of the surveillance photographs from the April 12, 2019 robbery of Citizens Bank, 1201 Spring Garden Street, Philadelphia, PA, as well as to the individual identified as BARNETTE. Investigators believe the individual depicted in the surveillance photographs from the bank robbery is that of BARNETTE. Investigators also believe the individual identified as BARNETTE and the individual depicted in the driver's license for BARNETTE are one in the same.

12. Your affiant has compared the physical appearance and description of BARNETTE with that of the physical description provided by bank employees. Investigators believe BARNETTE fits the physical descriptions provided by the bank employees at Citizens Bank.

13. The deposits of the Citizens Bank are insured by the Federal Deposit Insurance Corporation ("FDIC") and were insured by the FDIC at the time of the robbery described above.

14. Based on the aforementioned facts, your affiant believes there is probable cause to charge DENNIS BARNETTE with the April 12, 2019 attempted robbery of Citizens Bank, 1201

A-4

Spring Garden Street, Philadelphia, PA, in violation of Title 18, United States Code, Section 2113(a) (attempted bank robbery).

_____
FAITH E. GREENAWALT
Special Agent
Federal Bureau of Investigation

Sworn to before me
this 12th day of April, 2019

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

A-4